UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
TBS OCEAN CARRIERS, LTD.,             :
                                      :
                    Plaintiff,        :    ECF
                                      :    **RULE 7.1 STATEMENT**
         -against-                    :
                                      :
HANJIN TRANSPORTATION CO., LTD.,      :
                                      :
                    Defendant.        :
----------------------------------------x



Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, TBS OCEAN CARRIERS, LTD., certifies that the common shares of its corporate parent, TBS International Limited, are publicly held.

Dated:    New York, New York
          October 1, 2008

                                 CARDILLO & CORBETT
                                 Attorneys for Plaintiff,
                                 TBS OCEAN CARRIERS, LTD.

                          By:    _____
                                 Tulio R. Prieto (TP 8455)

                                 Office and P. O. Address
                                 29 Broadway
                                 New York, NY 10006
                                 Tel:(212) 344-0464
                                 Fax:(212) 797-1212