LYNCH, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
TBS OCEAN CARRIERS, LTD.,           :
                                    :   ECF
                      Plaintiff,    :
                                    :   ORDER APPOINTING
         -against-                  :   PERSON TO SERVE
                                    :   PROCESS
HANJIN TRANSPORTATION CO., LTD.,    :   07 Civ. 8481 (GEL)
                                    :
                      Defendant.    :
------------------------------------x

SDC SDNY
OCUMENT
LECTRONICALLY FILED
OC #: _____
ATE FILED: 10/2/07

  Upon motion of the Plaintiff for an order appointing Robert V. Corbett, Christophil B. Costas, Tulio R. Prieto, James P. Rau, Francis H. McNamara, Enmanuel O. Suarez, or any other partner, associate, paralegal or other agent of Cardillo & Corbett to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process in this action, and

  Upon reading the Affidavit of Tulio R. Prieto, sworn to October 1, 2007, and good cause having been shown,

  IT IS ORDERED that Robert V. Corbett, Christophil B. Costas, Tulio R. Prieto, James P. Rau, Francis H. McNamara, Enmanuel O. Suarez, or any other partner, associate, paralegal or other agent of Cardillo & Corbett be and is hereby appointed to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process upon the Defendant herein and upon the garnishees.

Dated: New York, New York
   October ___1___, 2007

              _____
               United State District Judge