UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
TBS OCEAN CARRIERS, LTD.,           :
                                    :   ECF
                    Plaintiff,      :   ORDER APPOINTING
                                    :   PERSON TO SERVE
        -against-                   :   PROCESS
                                    :   07 Civ. 8481 (GEL)
HANJIN TRANSPORTATION CO., LTD.,    :
d/b/a/ HJT CO., LTD.                :
                                    :
                    Defendant.      :
------------------------------------x

    Upon motion of the Plaintiff for an order appointing Robert V. Corbett, Christophil B. Costas, Tulio R. Prieto, James P. Rau, Francis H. McNamara, Enmanuel O. Suarez, or any other partner, associate, paralegal or other agent of Cardillo & Corbett to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process in this action, and

    Upon reading the Affidavit of Tulio R. Prieto, sworn to October 4, 2007, and good cause having been shown,

    IT IS ORDERED that Robert V. Corbett, Christophil B. Costas, Tulio R. Prieto, James P. Rau, Francis H. McNamara, Enmanuel O. Suarez, or any other partner, associate, paralegal or other agent of Cardillo & Corbett be and is hereby appointed to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process upon the Defendant herein and upon the garnishees.

Dated: New York, New York
       October __4__, 2007

                                    _____
                                    United State District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/07