Richard A. Zimmerman, Esq.
Attorney for Defendant
233 Broadway – Suite 2202
New York, NY 10279
Richard A. Zimmerman (RZ 0963)
(212) 962 -1818
Patrick C. Crilley (PC 9057)
*Of Counsel*
(212) 619-1919

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

TBS OCEAN CARRIERS, LTD.,                    **ECF CASE**

                Plaintiff,

                                        **07 Civ 8481 (GEL)**

      -against-

HANJIN TRANSPORTATION CO. LTD.,              **NOTICE OF APPEARANCE**

                Defendant.
------------------------------------------------------------x

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for the above captioned defendant.

    I certify that I am admitted to practice in this court.

Dated:    New York, New York
             November 28, 2007

                                /s/ Richard A. Zimmerman
                                Richard A. Zimmerman (RZ-0963)
                                Attorney for Defendants
                                233 Broadway, Suite 2202
                                New York, NY 10279
                                (212) 962-1818
                                (240) 218-6456